STATE of Missouri, Plaintiff–
Respondent,

v.

Donald GREEN, Defendant–Appellant.

No. 65687.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Terence W. Niehoff, St. Louis, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgment on his conviction by a jury of possession of a controlled substance in violation of § 195.202, RSMo 1994, for which he was sentenced as a prior and persistent offender to a term of twenty years' imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Thomas G. WOLFIN, Jr., Appellant.

No. 70097.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 7, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Assistant Attorney General, Jefferson City, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant, Thomas G. Wolfin, Jr., appeals from the sentences imposed after a jury verdict finding him guilty of driving while intoxicated, § 577.010 RSMo 1994 and two misdemeanor counts of resisting arrest, § 575.150 RSMo 1994, in the circuit court of Ste. Genevieve County. He was sentenced to seven years imprisonment, sixty days jail time, and two $250 fines.

We affirm the judgment pursuant to Rules 30.25(b) and 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holdings.